AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

American General Life Insurance
Company

                    Plaintiff,

        v.

Christopher Demetro, et al.,


                    Defendants.

DEFAULT JUDGMENT

Case Number: 2:25-cv-01982-CDS-MDC

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that default judgment is GRANTED. Declaratory judgment is entered against defendants Christopher Demetro and Dorothy Williams-Yanko with American General Life Insurance as the prevailing party. American General's life insurance policy number 4250043231 is null, void, and rescinded ab initio. American General is discharged from all obligations or liabilities to Christopher Demetro and Dorothy Williams-Yanko in this action and under life insurance policy number 4250043231.


____2/13/2026_____

Date

____DEBRA K. KEMPI____

Clerk


                /s/  ALF
_____

Deputy Clerk